WALDER, HAYDEN & BROGAN, P.A.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 992-5300
Attorneys for Claimants

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$1,399,313.74 IN UNITED STATES CURRENCY, FORMERLY ON DEPOSIT IN ACCOUNT NO. 8844, IN THE NAME OF IVAN MEJÍA CABAL AND CARLOS FERNANDO MEJIA CABAL, HELD AT HSBC BANK USA, NEW YORK<br><br>Defendant *in rem*. | Civil case no. 08-CV-01993<br>Judge Scheindlin<br><br><br>**VERIFIED STATEMENT OF RIGHT OR INTEREST**<br>**OF IVAN FELIPE MEJÍA CABAL** |

## VERIFIED STATEMENT OF RIGHT OR INTEREST
## OF IVAN FELIPE MEJÍA CABAL

Pursuant to law, IVAN FELIPE MEJÍA CABAL, through my attorney and authorized representative, hereby file this verified statement of right or interest pursuant to Rules C and G of the Supplemental Rules for Admiralty and Maritime Claims, stating:

1. I am the co-owner, with my brother Carlos Fernando, of the account at HSBC Bank in New York referred to in the style of this action and of the funds formerly therein which are the subject of this action.

2. I am entitled to and demand restitution of the Defendant property.

3. I hereby exercise my right to defend this action and demand all rights afforded me by statute, regulation and other sources of law.

4. I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America that the foregoing claims and assertions are true and correct.

Done and completed on this 14 day of March, 2008.

_____
IVAN FELIPE MEJÍA CABAL

WALDER, HAYDEN & BROGAN, P.A.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 992-5300
Attorneys for Claimants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$1,399,313.74 IN UNITED STATES CURRENCY, FORMERLY ON DEPOSIT IN ACCOUNT NO. _____3844, IN THE NAME OF IVAN MEJIA CABAL AND CARLOS FERNANDO MEJIA CABAL, HELD AT HSBC BANK USA, NEW YORK<br><br>Defendant *in rem*. | Civil case no. 08-CV-01993<br>Judge Scheindlin<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 18, 2008, I electronically filed a Verified Statement or Right or Interest of Ivan Felipe Mejia Cabal. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Dated: March 18, 2008

/s/ Alan Silber
Alan Silber


WALDER, HAYDEN & BROGAN, P.A.
5 Becker Farm Road
Roseland, New Jersey 07068
Attorneys for Claimants Ivan Mejia Cabal
and Carlos Fernando Mejia Cabal.