USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/2008

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$1,399,313.74 IN UNITED STATES CURRENCY, FORMERLY ON DEPOSIT IN ACCOUNT NO. _____3844, IN THE NAME OF IVAN MEJIA CABAL AND CARLOS FERNANDO MEJIA CABAL, HELD AT HSBC BANK USA,NEW YORK<br><br>Defendant *in rem*. | Civil case no. 08-CV-01993<br>Judge Scheindlin<br><br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

Upon the request of Alan Silber attorney for Claimants Ivan Mejia Cabal and Carlos

Fernando Mejia Cabal and said sponsor attorney's letter in support;

**IT IS HEREBY ORDERED** that

Applicant Name:        Ed Licitra
Firm Name:              Fine & Licitra LLC
Address:                  255 Alhambra Circle
City/State/Zip: Coral Gables, Florida 33134
Phone Number:        (305) 424-2400
Fax Number:            (305) 424-2401

is admitted to practice pro hac vice as counsel for Claimants Ivan Mejia Cabal and Carlos

Fernando Mejia Cabal in the above captioned case in the United States District Court for the

Southern District of New York.  All attorneys appearing before this Court are subject to the

Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____, 2008

_____
United States District Judge