WALDER, HAYDEN & BROGAN, P.A.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 992-5300
Attorneys for Claimants.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>$1,399,313.74 IN UNITED STATES CURRENCY, FORMERLY ON DEPOSIT IN ACCOUNT NO. _____3844, IN THE NAME OF IVAN MEJIA CABAL AND CARLOS FERNANDO MEJIA CABAL, HELD AT HSBC BANK USA, NEW YORK<br><br>                    Defendant *in rem*. | Civil case no.08-CV-01993<br>Judge Scheindlin<br><br><br>**NOTICE OF APPEARANCE** |

I hereby enter my appearance as an attorney for Claimants Carlos Fernando Mejia Cabal and Ivan Felipe Mejia Cabal in the above captioned matter.

Dated: March 24, 2008

                                                  WALDER, HAYDEN & BROGAN, P.A.
                                                  5 Becker Farm Road
                                                  Roseland, New Jersey 07068
                                                  Attorneys for Claimant.
                                                  lcsolomon@whbesqs.com


                                                  BY:   /s/ Lin C. Solomon
                                                        Lin C. Solomon (6054)