FINE & LICITRA
255 Alhambra Circle, Suite 850
Coral Gables, Florida 33134
(305) 424 4200
Attorneys for Claimants.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$1,399,313.74 IN UNITED STATES CURRENCY, FORMERLY ON DEPOSIT IN ACCOUNT NO. _____3844, IN THE NAME OF IVAN MEJIA CABAL AND CARLOS FERNANDO MEJIA CABAL, HELD AT HSBC BANK USA, NEW YORK<br><br>Defendant *in rem*. | Civil case no.08-CV-01993<br>Judge Scheindlin<br><br><br><br>**NOTICE OF APPEARANCE** |

I hereby enter my appearance as an attorney for Claimants Ivan Mejia Cabal and Carlos Fernando Mejia Cabal in the above captioned matter.

Dated: April 17, 2008

                                            FINE & LICITRA
                                            255 Alhambra Circle, Suite 850
                                            Coral Gables, Florida 33134
                                            AFine@fine-law.com
                                            Attorneys for Claimants.

                                            BY:   /s/ Alan Fine_____
                                                       Alan Fine