AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

United States of America

v.

$1,399,313.74 Formerly on Deposit...

APPEARANCE

Case Number: 08 Civ. 1993

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The United States of America

I certify that I am admitted to practice in this court.

June 13, 2008
Date

*Signature*

JEFFREY ALBERTS   JAE-9809
Print Name    Bar Number

One St. Andrews Plaza
Address

New York, NY 10007
City    State    Zip Code

(212) 637-1038    (212) 637-0421
Phone Number    Fax Number