UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$1,399,313.74 IN UNITED STATES CURRENCY, FORMERLY ON DEPOSIT IN ACCOUNT NO. _____3844, IN THE NAME OF IVAN MEJIA CABAL AND CARLOS FERNANDO MEJIA CABAL, HELD AT HSBC BANK USA, NEW YORK<br><br>Defendant *in rem*. | Civil case no. 08-CV-01993 (SAS)<br>Judge Scheindlin, U.S.D.J.<br><br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that attorneys for Claimants Iván Felipe Mejía Cabal and Carlos Fernando Mejía Cabal, relying on the Memorandum of Law submitted herewith, will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order dismissing the Verified Complaint.

Dated: Roseland, New Jersey
August 4, 2008

Respectfully submitted,

s/Alan Silber
Alan Silber (AS 2370)
Attorneys for Claimants Iván Felipe Mejía Cabal
and Carlos Fernando Mejía Cabal

WALDER, HAYDEN & BROGAN, P.A.
5 Becker Farm Road
Roseland, New Jersey 07068

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$1,399,313.74 IN UNITED STATES CURRENCY, FORMERLY ON DEPOSIT IN ACCOUNT NO. _____3844, IN THE NAME OF IVAN MEJIA CABAL AND CARLOS FERNANDO MEJIA CABAL, HELD AT HSBC BANK USA, NEW YORK<br><br>Defendant *in rem*. | Civil case no. 08-CV-01993<br>Judge Scheindlin<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on August 4, 2008, I electronically filed a (1) Notice of Motion to Dismiss the Amended Verified Complaint in the above captioned matter. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Dated: August 4, 2008

/s/ Alan Silber
Alan Silber (AS 2370)

WALDER, HAYDEN & BROGAN, P.A.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 992 5300
asilber@whbesqs.com
Attorneys for Claimants Ivan Mejia Cabal
and Carlos Fernando Mejia Cabal.